No. 99–8381. FLOOD v. FRANK, SUPERINTENDENT, STATE COR-RECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–8382. FARRELL v. PATAKI, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–8385. GRAHAM v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 99–8387. HARRIS v. FLORIDA DEPARTMENT OF CORREC-TIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8389. VAN TRAN v. TENNESSEE. Sup. Ct. Tenn. Cer-tiorari denied.

No. 99–8394. MCCRAY v. HINE ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 99–8400. LEININGER v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 99–8401. KUBICA v. JOHNSON, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8409. WILLIAMS v. MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 99–8411. LARSON v. TRIPPETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–8413. ATWOOD v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 99–8436. CASELLAS v. MCGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Cer-tiorari denied.

No. 99–8444. REDEAGLE-BELGARDE v. LAMBERT, SUPERIN-TENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.